# IN THE SUPREME COURT OF THE STATE OF NEVADA

KOBIE MCKNIGHT,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 80226

FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

This court's review of this appeal reveals a jurisdictional defect. The district court entered the judgment of conviction on July 18, 2019. Appellant did not file the notice of appeal, however, until December 9, 2019, well after the expiration of the 30-day jurisdictional appeal period prescribed by NRAP 4(b). Nonetheless, appellant requests this court to entertain the appeal. This court lacks jurisdiction to entertain an untimely appeal. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20·03234

cc: Hon. Douglas W. Herndon, District Judge
Kobie McKnight
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk